No. 418.  Marine National Exchange Bank, Executor *v.* Government of the Virgin Islands.  C. A. 3d Cir.  Motion of John D. Merwin for leave to file brief, as *amicus curiae,* granted.  Certiorari denied. *Warren H. Young* and *Theodore A. Groenke* for petitioner.  *Almeric L. Christian* for respondent.  *John D. Merwin, pro se, as amicus curiae,* in support of the petition.

No. 266, Misc.  Carroll *v.* Texas.  Ct. Crim. App. Tex.  Certiorari denied.

No. 295, Misc.  Weigand *v.* United States.  C. A. 6th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 331, Misc.  McCurdy *v.* Brown, Secretary of the Air Force.  C. A. 5th Cir.  Certiorari denied. Petitioner *pro se.*  *Solicitor General Marshall, Assistant Attorney General Douglas* and *David L. Rose* for respondent.

No. 409, Misc.  Shipp *v.* United States.  C. A. 6th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 432, Misc.  Bennett *v.* United States.  C. A. 6th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.